# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| BARRY NICHOLSON, et al., | ) |
| Plaintiffs, | ) NO. 3:23-cv-00856 |
| v. | ) JUDGE CAMPBELL |
|  | ) MAGISTRATE JUDGE HOLMES |
| GURJANT SINGH, SHAGAN TRANSPORT, INC., | ) |
| Defendants. | ) |

## ORDER

Pending before the Court is a Report and Recommendation from the Magistrate Judge recommending this action be remanded to the Circuit Court for Dickson County, Tennessee. (Doc. No. 25). The Report and Recommendation advised the parties that objections to the Magistrate Judge's Report and Recommendation were to be filed within fourteen days of receipt. (*Id*. at 5). No objections have been filed.

The Court has reviewed the Report and Recommendation (Doc. No. 25) and the docket in this case and concludes that the Report and Recommendation should be **ADOPTED** and **APPROVED**. Accordingly, this case is hereby **REMANDED** to the Circuit Court for Dickson, County, Tennessee.

The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE